ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

Julius Warner MARACALIN, Plaintiff–Appellant,

v.

UNITED STATES, Defendant–Appellee.

No. 01–5045.

United States Court of Appeals, Federal Circuit.

Feb. 15, 2001.

### ORDER

The appellant having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

Richard LEIDER, Plaintiff–Appellant,

v.

UNITED STATES, United States Treasury Department, and Robert E. Rubin, Secretary of the Treasury, Defendants–Appellees.

No. 01–1097.

United States Court of Appeals, Federal Circuit.

Feb. 15, 2001.

Order Vacated, See 2001 WL 360806.

### ORDER

The appellant(s) having failed to file the required Entry of Appearance form by an attorney admitted to the bar of this court, and having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

COSMOS PARTNERSHIP, Plaintiff–Appellant,

v.

UNITED STATES, Defendant–Appellee.

No. 01–5038.

United States Court of Appeals, Federal Circuit.

Feb. 16, 2001.

Order Vacated, See 2001 WL 456766.

## ORDER

The appellant having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**William L. HODGES, Claimant–Appellant,**

v.

**Anthony J. PRINCIPI, Respondent–Appellee.**

No. 00–7111.

United States Court of Appeals, Federal Circuit.

Feb. 20, 2001.

*ORDER*

Upon consideration of respondent's-appellee's unopposed motion to remand,

IT IS ORDERED THAT:

The motion is GRANTED and the underlying decision is vacated and the case is remanded to the United States Court of Appeals for Veterans Claims.

**AVID IDENTIFICATION SYSTEMS, INC., Plaintiff–Appellee,**

v.

**GLOBAL ID SYSTEMS and Douglas E. Hull, Defendants–Appellants.**

No. 00–1573.

United States Court of Appeals, Federal Circuit.

Feb. 20, 2001.

ON MOTION

PAULINE NEWMAN, Circuit Judge.

*ORDER*

Global ID Systems, Inc. and Douglas E. Hull move for reconsideration of the court's order dismissing their appeal for failure to file their opening brief. Avid